Martin Wohlstein, appellant. Franklin County. Certified by the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., concurs in part.

38794. The State of Ohio, appellee v. Shoppers' Fair of Columbus, Inc., appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38824. The State of Ohio, appellee v. Theodore E. Davis, appellant. Franklin County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, Griffith and Herbert, JJ., concur. O'Neill and Gibson, JJ., dissent.

38833. The State of Ohio, appellee v. Robert Joseph Waldbillig, appellant. Hamilton County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, Griffith and Herbert, JJ., concur. O'Neill and Gibson, JJ., dissent.

39138. John E. McDougle v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Gibson, JJ., concur. Herbert, J., dissents.

39160. John Simpson v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38866. Theodore R. Zettelmeyer, appellant v. Court of Common Pleas of Lake County, appellee. Lake County. To strike brief of appellee. Overruled.

39129. The State of Ohio, appellee v. Amil A. Dinsio, appellant. Franklin County. To dismiss appeal as of right. Sustained. For leave to appeal. Overruled.

39147. Davis Firebrick Co., appellee v. George R. Eusner, appellant. Jackson County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

Announced Tuesday, December 29

38794. The State of Ohio, appellee v. Shoppers' Fair of Columbus, Inc., appellant. Franklin County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

Announced Tuesday, December 29

38650. The State of Ohio, appellee v. Shoppers' Fair of Columbus, Inc., appellant. Franklin County. Rehearing denied.